**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00587-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**BH DFW, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00921**

## ORDER
Before Justices Moseley, Fillmore, and Myers

Before the Court is the Better Business Bureau of Metropolitan Dallas, Inc.'s November 2, 2012 Motion for Interlocutory Appeal to be Considered, in the Alternative, as a Petition for Writ of Mandamus.  We **DENY** the motion as moot.

/s/     ROBERT M. FILLMORE
        JUSTICE